**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2-3-20

**DAVID DICARLO,**

**Plaintiff,**

**19-CV-9962 (JGK)**

**- against -**

**ORDER**

**THE JONES GROUP, INC.,**

**Defendant.**

**JOHN G. KOELTL, District Judge:**

Federal Rule of Civil Procedure 4(m) requires a plaintiff to effect service of a complaint within 90 days after the complaint is filed. If a defendant is not served within 90 days after the complaint is filed, the Court must dismiss this action without prejudice or order that service be made within a specified time. See Harmon v. Bogart, 788 F. App'x 808, 808-09 (2d Cir. 2019).

The time for the plaintiff to serve the defendant, or request an extension of time in which to do so, is extended until **February 10, 2020.** If the plaintiff does not serve the defendant by this date, the Court will dismiss this action without prejudice.

**SO ORDERED.**

**Dated:    New York, New York**
          **January 31, 2020**

                                      **John G. Koeltl**
                                 **United States District Judge**

Copy mailed to pro se party(ies)
at docket address