USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-11-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DICARLO,

        Plaintiff,

  - against -

THE JONES GROUP, INC.,

        Defendant.

19-cv-9962 (JGK)

**ORDER**

DAVID DICARLO,

        Plaintiff,

  - AGAINST -

TOULA MANUFACTURING LTD. INC. ET AL.,

        Defendants.

20-cv-910 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

    In the matter of 19-cv-9962, the Court mailed the January 31, 2020 Order to the plaintiff at his docket address. Because that mail has been returned to the Court as undeliverable, the Court has emailed a copy of the January 31, 2020 Order (Dkt. No. 4) and the February 10, 2020 Order dismissing the action without prejudice (Dkt. No. 6) to the plaintiff at the email address listed in the Complaint.

Because the matter of 19-cv-9962 has been dismissed without prejudice and the address of the plaintiff listed on the dockets in 19-cv-9962 and 20-cv-910 are the same, the plaintiff should advise the Court of his current address for 20-cv-910 by **February 28, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **February 11, 2020**

                                                  John G. Koeltl
                                         **United States District Judge**